UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62121-BLOOM/Reid

GABRIEL SAMSON GASKINS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Movant's *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. [1] ("Motion"), filed on September 7, 2018. In the Motion, Movant raises multiple claims of violation of his Fifth Amendment rights based upon claims of ineffective assistance of counsel. *Id.* The Motion was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on all dispositive matters. *See* ECF Nos. [9] and [11].

On April 14, 2020, Judge Reid issued a Report and Recommendation ("R&R") recommending that the Motion be denied on the merits, no certificate of appealability be issued, and the case be closed. ECF No. [14]. The R&R advised that "[a]ny party who objects to this recommendation or anything in it must, within fourteen days of the date of service of this document, file specific written objections with the Clerk of this Court." *Id.* at 29. Therefore, objections were due by April 28, 2020. To date, neither party has filed objections, nor have they sought additional time to do so.

Case No. 18-cv-62121-BLOOM/Reid

The Court has conducted a *de novo* review of Judge Reid's R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation, **ECF No. [14]**, is **ADOPTED**;

2. The Motion, **ECF No. [1]**, is **DENIED;**

3. No Certificate of Appealability shall issue; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of April, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Gabriel Samson Gaskins
08193-104
Estill Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 699
Estill, SC 29918